## Richardson Adoption Case.

Argued October 1, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John W. English,* with him *James R. Jenks,* and *English, Bowler & Jenks,* for appellants.

*Jeffry A. Schapira,* for appellees.

OPINION PER CURIAM, December 4, 1973:
Decree affirmed. Each party to pay own costs.